IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE U. PADILLA, | ) | No. C 05-5115 JSW (PR) |
| Plaintiff, | ) ) | |
| | ) | **ORDER OF DISMISSAL** |
| v. | ) ) | |
| FEDERAL BUREAU OF INVESTIGATION, et al, | ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

On May 15, 2006, the Court dismissed the complaint in this civil rights case but granted Plaintiff thirty days to amend the complaint to state a cognizable claim. The court notified Plaintiff that failure to amend by the designated time would result in a dismissal of the case. Plaintiff has not filed any amendment. Accordingly, this case is DISMISSED without prejudice for failure to prosecute and to comply with a court order pursuant to Federal Rule of Civil Procedure 41(b). *See Link v. Wabash R.R.*, 370 U.S. 626, 633 (1962); *McKeever v. Block*, 932 F.2d 795, 797 (9th Cir. 1991). The clerk shall close the file and enter judgment in this matter.

IT IS SO ORDERED.

DATED: July 18, 2006

_____
JEFFREY S. WHITE
United States District Judge